

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/13/2015 10:09:43 AM
CATHY S. LUSK
Clerk

May 12, 2015

Ms. Janet Gates
Cherokee County District Clerk
Courthouse
P. O. Drawer "C"
Rusk, TX 75785
\* DELIVERED VIA E-MAIL \*

**RE:** Case Number: 12-14-00173-CV
Trial Court Case Number: 2013-06-0390

**Style:** In the Interest of M. L. H.-M., a child

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

**FILED**
AT 8 O'CLOCK P M.

MAY 13 2015

JANET GATES
CLERK DISTRICT COURT
CHEROKEE COUNTY, TEXAS
BY_____ DEPUTY

CC: Brandon McClelland
Mr. Allen W. Ross (DELIVERED VIA E-MAIL)
Ms. Dana Norris Young (DELIVERED VIA E-MAIL)

Mandate executed on _13th_ day of _May_____, 2015.

Brief explanation of action taken: _Mandate placed in Trial_
_Court file for Judge's inspection_____ District/County Clerk